IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Nelson, Willie A | Case Number: 08 B 05446 |
|---|---|---|
| | Nelson, Shanda L | Judge: Hollis, Pamela S |
| | Printed: 10/22/08 | Filed: 3/7/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 8, 2008
Confirmed: May 19, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 324.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 302.94 |
| Trustee Fee: | | 21.06 |
| Other Funds: | | 0.00 |
| Totals: | 324.00 | 324.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Damita G Buffington & Associates | Administrative | 3,024.00 | 302.94 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Saxon Mortgage Services Inc | Secured | 27,180.00 | 0.00 |
| 4. | Peoples Energy Corp | Unsecured | 126.35 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 31.54 | 0.00 |
| 6. | NCO Financial Services Inc | Unsecured | 33.35 | 0.00 |
| 7. | Blatt Hasenmiller & Komar | Unsecured | | No Claim Filed |
| 8. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 9. | Credit Protection Association | Unsecured | | No Claim Filed |
| 10. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 11. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 12. | Debt Recovery Solutions | Unsecured | | No Claim Filed |
| 13. | Medical Collections | Unsecured | | No Claim Filed |
| 14. | Midland Credit Management | Unsecured | | No Claim Filed |
| 15. | Navy Federal Credit Union | Unsecured | | No Claim Filed |
| 16. | KCA Financial Services | Unsecured | | No Claim Filed |
| | | | $ 30,395.24 | $ 302.94 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 21.06 |
| | $ 21.06 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Nelson, Willie A<br>Nelson, Shanda L<br>Printed: 10/22/08 | Case Number:  08 B 05446<br>Judge:  Hollis, Pamela S<br>Filed:  3/7/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

